**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>Defendant. | Case No. 24-cv-2172 (JMC) |

## SCHEDULING ORDER

### I. CASE DEADLINES

It is hereby **ORDERED** that the Parties shall file a joint status report by December 10, 2024, and every 90 days thereafter until further order of the Court.

### II. COMMUNICATIONS WITH CHAMBERS

The Parties are to communicate with the Court by motion, opposition, reply, or notice, including for requests for extensions or to reschedule hearing dates.

### III. MEDIATION

The Court encourages the Parties to mediate their case with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office. If, at any point, the Parties desire to engage in mediation, the Parties should file a joint request captioned "Joint Motion for Mediation," and the Court will make the requested referral.

**SO ORDERED.**

JIA M. COBB
United States District Judge

Date: October 21, 2024